**Elmer Alexander LEIVA–DE LEON, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–70282.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 24, 2012.

Ephraim Tahir Mella, Esquire, Law Offices of Tahir Mella, P.C., Philadelphia, PA, for Petitioner.

OIL, Stefanie A. Svoren–Jay, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Elmer Alexander Leiva–De Leon, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings conducted in absentia. Our juris-diction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Leiva–De Leon's sole contention, regarding the practicability of personal service, because it was not exhausted before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004).

Leiva–De Leon has waived any challenge to the BIA's determinations regarding delivery of his hearing notice and changed country conditions. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

